ROGER W. CLARK, ESQUIRE (#108982)
Email: Rclark@cgold.cc
ROBERT D. GOLDBERG, ESQUIRE (#137356)
Email: Rgoldberg@cgold.cc
**THE CLARK LAW GROUP**
11355 W. Olympic Blvd., Suite 303
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff
**HOUSTON CASUALTY COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE METHENY; LEVI PHILLIPS, and MATTHEW JOHN VASSEL; and DOES 1 to 10, inclusive,<br><br>Defendants.<br>_____ | CASE NO. 2:14-cv-01377-KJM-CMK<br><br>*Related Matter:* 2:13-cv-02520-KJM-CMK<br><br>**STIPULATED JUDGMENT AND ORDER** |

1

This Stipulated Judgment is entered into by and between plaintiff HOUSTON CASUALTY COMPANY, a Texas corporation (hereinafter "HCC") on the one hand and defendant STEVEN D. METHENY ("Metheny") on the other pursuant to the terms of the Supplement to Mutual Release of Claims and Settlement dated July 15, 2014.

### 1. **The Carson Policy**

On or about April 1, 2008, Houston Casualty issued to Carson Helicopters, Inc. and Carson Helicopter Services, Inc. (the "Carson Companies") as a Named Insured an aviation insurance policy, policy number 013755-016, originally effective April 1, 2008 to April 1, 2009 (hereinafter the "Carson Policy").  Metheny was an employee of the Carson Companies and an insured under the Carson Policy.

### 2. **The Accident**

On August 5, 2008, Sikorsky S-61N helicopter with federal registration number N612AZ ("the Accident Aircraft") crashed while being flown from a helispot designated as H-44 in Trinity County, California ("the Accident").  The Accident Aircraft was scheduled under the Carson Policy.  Seven firefighters, the Carson pilot and a United States Forest Service employee were killed in the Accident.  The Carson co-pilot and three firefighters were seriously injured.

//

//

//

### 3. Settlement Agreement

On May 9, 2012, Houston Casualty entered into a Mutual Release of Claim and Settlement Agreement ("Agreement") with Metheny, among others, under which Metheny fully released HCC from all claims arising out of the Accident and the Carson Policy.

### 4. The Vassel Action

Plaintiff Matthew John Vassel ("Vassel"), an employee with the United States Fire Service brought suit against the Carson Companies, Metheny and Levi Phillips ("Phillips") in the United States District Court for the Eastern District of California on December 5, 2013, alleging a single claim for fraud and deceit against all defendants ("the Vassel Lawsuit").  Metheny tendered his defense of the Vassel Lawsuit to HCC.

### 5. Declaratory Judgment Action

HCC filed a complaint for declaratory judgment naming Vassel, Metheny and Phillips, requesting that the court make a determination on the coverage dispute that the Carson Policy does not apply to the claims alleged against Metheny and Phillips in the Lawsuit, and therefore Houston Casualty has no duty to defend or indemnify the defendants in the Vassel Lawsuit.

//

//

//

### 6. **Disclaimer of Coverage.**

Metheny acknowledges and agrees that no coverage exists under the Carson Policy for claims alleged against Metheny in the Vassel Lawsuit, and that Metheny is not entitled to a defense or indemnity from Houston Casualty against any claims alleged against him in the Vassel Lawsuit.

### 7. **Entry of Judgment.**

A Stipulated Judgment shall be entered in favor of HCC and against Metheny in the above referenced action with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: November 11, 2014        **THE CLARK LAW GROUP**

By: ___s/Roger W. Clark_____
ROGER W. CLARK
Attorneys for Plaintiff
**HOUSTON CASUALTY COMPANY**

DATED: November 8, 2014        **THE MILES LAW FIRM**

By: _s/Lawrence W. Miles_____
LAWRENCE W. MILES, JR.
Attorneys for Defendant
**STEVEN D. METHENY**

# JUDGMENT AND ORDER

Based upon the stipulation of the parties and good cause being shown, judgment is entered in favor of Plaintiff Houston Casualty Company and against Defendant Steven D. Metheny.  Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:  December 19, 2014.

_____
UNITED STATES DISTRICT JUDGE