ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
**THE CLARK LAW GROUP**
11355 W. Olympic Boulevard, Suite 303
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff, **HOUSTON CASUALTY COMPANY**

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| HOUSTON CASUALTY COMPANY, | ) | CASE NO.: **2:14-cv-01377-KJM-CMK** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | *Related Matter*: **2:13-cv-02520-KJM-CMK** |
| vs. | ) | |
| | ) | |
| STEVE METHENY; LEVI PHILLIPS, and MATTHEW JOHN VASSEL; and DOES 1 to 10, inclusive, | ) ) ) | **JUDGMENT AND ORDER** |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

## JUDGMENT AND ORDER

Based upon the stipulation of the parties and good cause being shown, judgment is entered in favor of Plaintiff Houston Casualty Company and against

Matthew John Vassel, each party to bear his and its own fees and costs. The remainder of this action against DOES 1-10 is hereby dismissed, and this action is hereby concluded in its entirety, all parties to bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: May 10, 2018.

_____
UNITED STATES DISTRICT JUDGE